UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN GAMMICHIA,

    Plaintiff,

vs                                                Case No: 09-12231
                                                Honorable Victoria A. Roberts

ROBERT L. LEMAN, ET AL,

    Defendants.
_____/

## ORDER

The Court received Ms. Gammicchia"s Motion to Set Aside Judge's Order to Enforce Settlement. The Court regards this as a motion for reconsideration under LR 7.1 (h). Defendants filed a response to the motion, which the Court will accept.

The standard of review on a motion for reconsideration is as follows:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

The Court considers the standard and Ms. Gammicchia's motion. The motion is **DENIED**. Ms. Gammicchia fails to demonstrate a palpable defect by which the court has been misled. LR 7.1(h)(3).

**IT IS ORDERED.**

                                                s/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: March 4, 2011

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Carolyn Gammicchia by electronic means or U.S. Mail on March 4, 2011.<br><br>s/Linda Vertriest<br>Deputy Clerk |